In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of AARON KAHAN, an Attorney and Counselor at Law.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM W. WALSH, as Surviving Executor, etc., of GEORGE WALSH, Deceased. ELSA VON H. WALSH, Appellant; WILLIAM W. WALSH, as Surviving Executor of and Trustee under Said Will of GEORGE WALSH, Deceased; JUDY McRAE WALSH and DOUGLASS W. SKIDMORE, as Special Guardian of FRANCES STANTON and CAROLINE STANTON, Infants, etc., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

TERESA LOSCALZO, as Administratrix, etc., of FRANK LOSCALZO, Deceased, Respondent, v. RAGUS CORPORATION, a Domestic Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LOUIS LYNCH, as Administrator, etc., of JAMES ROBERT LYNCH, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant, and Others, Defendants. (Appeals Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GIUSEPPE MONTALBANO, Appellant, v. FRANCESCO MAZZIATTA, Also Known as FRANK MAZZIATTA, and MARIA MAZZIATTA, His Wife, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

OUTPOST FARM AND NURSERY CORPORATION, Respondent, v. HARRY C. FISHER and CARTOONIST COURT, INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MORRIS J. PHILLIPS, Respondent, v. SAM KADIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LOUIS ROSEN, Appellant, v. JOHN CHESNIUS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BERTHA SOMMER and Others, etc., Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.